John V. Hanley (State Bar No. 162,851)
jhanley@steptoe.com
Douglas R. Peterson (State Bar No. 215,949)
dpeterson@steptoe.com
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067-5052
Telephone: (310) 734-3200
Facsimile:(310) 734-3300

Jose R. Gonzalez-Magaz (*pro hac vice*)
jgonzalez@steptoe.com
Timothy C. Bickham (*pro hac vice*)
tbickham@steptoe.com
Chong S. Park (State Bar No. 163,451)
cpark@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Ave, N.W.
Washington, DC 20036
Telephone: (202) 429-3000
Facsimile: (202) 429-3902

Attorneys for Defendants
BALBOA INSTRUMENTS, INC. AND
BALBOA WATER GROUP, INC.

**MADE JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPORT CONTROLS, LLC,<br>Plaintiff,<br>v.<br>BALBOA INSTRUMENTS, INC. and BALBOA WATER GROUP, INC.,<br>Defendants. | Case No. No. CV10-04846-GW(AGRx)<br>Honorable George H. Wu<br>ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE<br>Complaint Filed: June 30, 2010 |

Pursuant to the parties' stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** all claims asserted in this action between Plaintiff Newport Controls, LLC and Defendants Balboa Instruments, Inc. and Balboa Water Group, Inc. be dismissed with prejudice. The parties shall bear their own costs and fees.

Dated: March 9, 2011

Hon. George H. Wu
United States District Court Judge

**PROOF OF SERVICE**

The undersigned hereby certifies that on March 4, 2011, the foregoing **[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

*Attorneys for Plaintiff and Counterdefendants*

Susan A. Mitchell, Esq. (SBN 101114)
Andrea T. Prohaska, Esq. (SBN 261485)
McKENNA LONG & ALDRIDGE LLP
300 South Grand Avenue, 14th Floor
Los Angeles, CA 90071
Tel.: (213) 688-1000
Fax: (213) 623-7527

Gaspare J. Bono, Esq. *(pro hac vice)*
Carl P. Bretscher, Esq. *(pro hac vice)*
Stephen M. Chippendale, Esq. *(pro hac vice)*
McKENNA LONG & ALDRIDGE LLP
1900 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 496-7500

The undersigned certifies that all parties in this case are represented by counsel who are CM/ECF participants.

/s/ Douglas R. Peterson
Attorney for Defendants and Counterclaimants
BALBOA INSTRUMENTS, INC. AND BALBOA WATER GROUP, INC.